In the Matter of the Judicial Settlement of the Account of Proceedings of ALBERTO MORFESI, as Executor, etc., of ANTOINETTA BARTILUCCI, Late of Queens County, Deceased. JOSEPH SPOLIDORO, Appellant; ALBERTO MORFESI, as Executor, etc., of ANTOINETTA BARTILUCCI, Deceased, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.